FILED
SEP - 6 2005
RICHARD W. W[IEKING]
CLERK, U.S. D[ISTRICT COURT]
NORTHERN DIST[RICT OF CALIFORNIA]
OAKLAND

RECEIVED
SEP - 2 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$185,830.08 IN NET PROCEEDS FROM THE SALE OF APARTMENT NUMBER D-3 OF THE PROJECT KNOWN AS "PANIOLO HALE", SITUATED AT KALUAKOI, ISLAND OF MOLOKAI, COUNTY OF MAUI, STATE OF HAWAII,<br><br>Defendant. | No. CV-04-3912 CW<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;** ~~PROPOSED~~ **ORDER**<br><br>Current Date: Friday, September 9, 1:30<br><br>Requested Date: Friday, January 13, 1:30 |

The above-captioned civil forfeiture action relates to $185,830.08 from the sale of a building that had been owned by Sharon Caulder. Ms. Caulder is a claimant in this forfeiture action. John T. Kendall, the Chapter 7 Trustee of the bankruptcy estate, is also a claimant. Ms. Caulder is also the defendant in CR-04-40016 CW, a criminal case scheduled to begin trial on November 14, 2005. The allegations in this civil forfeiture case and the allegations in the criminal trial overlap, because both cases are based on alleged misrepresentations to the bankruptcy court in 1999.

This forfeiture action has been stayed, and set for a CMC on Friday, September 9 at 1:30. The September 9 date was originally requested because the criminal trial was originally

Stip. Request to continue CMC; 04-3912 CW                    1

scheduled to begin in May, 2005. The criminal trial has since been continued to November 14, 2005. The parties therefore stipulate and request that the CMC in this forfeiture action be continued to Friday, January 13, 2006 at 1:30. The criminal trial is scheduled to take three weeks, and should end just before the December holidays, thus necessitating a continuance until January so that all parties can be available.

      Rebecca Sullivan Silbert, Assistant Federal Public Defender, is Ms. Caulder's attorney in the criminal case, but is not counsel of record in the civil forfeiture action. Ms. Caulder is pro se in the forfeiture action. However, Ms. Caulder lives in New Orleans, which was hit by Hurricane Katrina on August 28 and 29, 2005. Ms. Caulder does not have power, cannot receive faxes or mail, and cannot leave the area. She is sporadically reachable by phone, however, and by signing below, Ms. Silbert confirms that she spoke with Ms. Caulder and that Ms. Caulder requested that Ms. Silbert sign on her behalf.

_8/30/05_
Date

_/s/ not - for Sharon Caulder_
Sharon Caulder
By Rebecca Sullivan Silbert

_____
Date

Stephanie M. Hinds
Assistant United States Attorney
Asset Forfeiture Chief

_____
Date

Eric A. Nyberg
Counsel for John T. Kendall, Chapter 7 Trustee

It is HEREBY ORDERED that the CMC in the above-captioned civil forfeiture action be continued to Friday, January 13, at 1:30 p.m.

_____
Date

Honorable Claudia Wilken
Judge, United States District Court
Northern District of California

1  scheduled to begin in May, 2005. The criminal trial has since been continued to November 14,
2  2005. The parties therefore stipulate and request that the CMC in this forfeiture action be
3  continued to Friday, January 13, 2006 at 1:30. The criminal trial is scheduled to take three
4  weeks, and should end just before the December holidays, thus necessitating a continuance until
5  January so that all parties can be available.
6      Rebecca Sullivan Silbert, Assistant Federal Public Defender, is Ms. Caulder's attorney in
7  the criminal case, but is not counsel of record in the civil forfeiture action. Ms. Caulder is pro se
8  in the forfeiture action. However, Ms. Caulder lives in New Orleans, which was hit by Hurricane
9  Katrina on August 28 and 29, 2005. Ms. Caulder does not have power, cannot receive faxes or
10 mail, and cannot leave the area. She is sporadically reachable by phone, however, and by signing
11 below, Ms. Silbert confirms that she spoke with Ms. Caulder and that Ms. Caulder requested that
12 Ms. Silbert sign on her behalf.

14  8/26/05
    Date

                                    Sharon Caulder
                                    By Rebecca Sullivan Silbert

16  8/31/05
17  Date

                                    Stephanie M. Hinds
                                    Assistant United States Attorney
18                                  Asset Forfeiture Chief

20  Date
                                    Eric A. Nyberg
                                    Counsel for John T. Kendall, Chapter 7
21                                  Trustee

22
It is HEREBY ORDERED that the CMC in the above-captioned civil forfeiture action be
23
continued to Friday, January 13, at 1:30 p.m.
24

25  Date
                                    Honorable Claudia Wilken
                                    Judge, United States District Court
26                                  Northern District of California

Stip. Request to continue CMC; 04-3912 CW          2

1  scheduled to begin in May, 2005. The criminal trial has since been continued to November 14,
2  2005. The parties therefore stipulate and request that the CMC in this forfeiture action be
3  continued to Friday, January 13, 2006 at 1:30. The criminal trial is scheduled to take three
4  weeks, and should end just before the December holidays, thus necessitating a continuance until
5  January so that all parties can be available.

6      Rebecca Sullivan Silbert, Assistant Federal Public Defender, is Ms. Caulder's attorney in
7  the criminal case, but is not counsel of record in the civil forfeiture action. Ms. Caulder is pro se
8  in the forfeiture action. However, Ms. Caulder lives in New Orleans, which was hit by Hurricane
9  Katrina on August 28 and 29, 2005. Ms. Caulder does not have power, cannot receive faxes or
10 mail, and cannot leave the area. She is sporadically reachable by phone, however, and by signing
11 below, Ms. Silbert confirms that she spoke with Ms. Caulder and that Ms. Caulder requested that
12 Ms. Silbert sign on her behalf.

14 8/30/05
   Date

   Sharon Caulder
   By Rebecca Sullivan Silbert

17 _____
   Date

   Stephanie M. Hinds
   Assistant United States Attorney
   Asset Forfeiture Chief

19 8/31/05
   Date

   Eric A. Nyberg
   Counsel for John T. Kendall, Chapter 7
   Trustee

23 It is HEREBY ORDERED that the CMC in the above-captioned civil forfeiture action be
   continued to Friday, January 13, at 1:30 p.m.

25 SEP - 6 2005
   Date

   Honorable Claudia Wilken
   Judge, United States District Court
   Northern District of California

Stip. Request to continue CMC; 04-3912 CW      2