IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>$185,830.08 IN NET PROCEEDS FROM )<br>THE SALE OF APARTMENT NUMBER D- )<br>3 OF THE PROJECT KNOWN AS )<br>"PANIOLO HALE", SITUATED AT )<br>KALUAKOI, ISLAND OF MOLOKAI, )<br>COUNTY OF MAUI, STATE OF HAWAII, )<br>)<br>Defendant. )<br>_____) | No. CV-04-3912 CW<br><br>**ORDER GRANTING AS MODIFIED STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Current Date: Friday, January 13, 1:30<br><br>Requested Date: Friday, June 2, 1:30 |

The above-captioned civil forfeiture action relates to $185,830.08 from the sale of a building that had been owned by Sharon Caulder. Ms. Caulder is a claimant in this forfeiture action. John T. Kendall, the Chapter 7 Trustee of the bankruptcy estate, is also a claimant. Ms. Caulder is also the defendant in CR-04-40016 CW. By order dated November 23, 2004, this forfeiture action had been stayed pending resolution of the criminal case.

Ms. Caulder was convicted in the criminal case on November 18, 2005. Sentencing was set for February 27, 2006, but the parties have jointly requested that sentencing be continued to May 15, 2006. Therefore, and consistent with this Court's earlier order staying the forfeiture case until resolution of the criminal action, the parties jointly request and stipulate that the CMC

1 | in this case be continued to Friday, June 2, 2006.

2 |     Rebecca Sullivan Silbert, Assistant Federal Public Defender, is Ms. Caulder's attorney in
3 | the criminal case, but is not counsel of record in the civil forfeiture action. Ms. Caulder is pro se
4 | in the forfeiture action. However, Ms. Caulder lives in New Orleans and has authorized Ms.
5 | Silbert to sign on her behalf. Ms. Silbert confirms that she spoke with Ms. Caulder and that Ms.
6 | Caulder requested that Ms. Silbert sign on her behalf.

    12/28/05                                                 /S/
Date                                                      Sharon Caulder
                                                              By Rebecca Sullivan Silbert

    12/29/05                                                 /S/
Date                                                      Stephanie M. Hinds
                                                              Assistant United States Attorney
                                                              Asset Forfeiture Chief

    12/28/05                                                 /S/
Date                                                      Eric A. Nyberg
                                                              Counsel for John T. Kendall, Chapter 7
                                                              Trustee

17 | I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

18 | It is HEREBY ORDERED that the CMC in the above-captioned civil forfeiture action be
19 | continued to **Monday, May 15, 2006, at 2:30 p.m.**

21 | 1/5/06                                                                    *Claudia Wilken* (signature)
Date                                                         Honorable Claudia Wilken
                                                              Judge, United States District Court
                                                              Northern District of California